IN RE: Joel DIAZ-HINIRIO, Petitioner

No. 16-4258

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R. App. P. January 5, 2017

(Opinion filed: February 13, 2017)

Joel Diaz-Hinirio, Pro Se

Kim Linquist, Esq., Delia L. Smith, Esq., Office of United States Attorney, St. Thomas, VI, for Respondent

Before: MCKEE, JORDAN and RESTREPO, Circuit Judges

OPINION *

PER CURIAM

Joel Diaz-Hinirio pleaded guilty to federal drug and firearms offenses, but he preserved his ability to appeal the District Court's order denying in part his motions to suppress. Diaz-Hinirio appealed that ruling at C.A. No. 13-3198. In that appeal, we remanded for the District Court to "state its essential findings on the record" as required by Rule 12(d) of the Federal Rules of Criminal Procedure.

Diaz-Hinirio has filed a petition for a writ of mandamus directing the District Court to comply with our mandate. On December 10, 2016, however, the District Court issued a detailed 59-page opinion explaining its reasons for denying in part Diaz-Hinirio's motions to suppress. (ECF No. 237.) Thus, Diaz-Hinirio's petition is moot, and we will dismiss it on that basis.

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.